CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

•••••

JERRY HARTRIM,

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a Political Subdivision
of the State of Nevada; OFFICER FERRANTE,
P#13331, individually and in his official capacity
as a police officer employed by the Las Vegas
Metropolitan Police Department; OFFICER
DELARIA, P#13338, individually and in his
official capacity as a police officer employed
by the Las Vegas Metropolitan Police Department;
DOE OFFICERS I-XX, each individually and
in their official capacities as police officers
employed by the Las Vegas Metropolitan Police
Department; CALIFORNIA HOTEL AND CASINO,
a Nevada corporation d/b/a SAM'S TOWN HOTEL,
GAMBLING HALL AND BOWLING CENTER; DOE
SECURITY OFFICERS I-XX, and JOHN DOE
I-XX, inclusive,

    Defendants,
_____/

Case No. 2:11-cv-00003-MDM-PAL

**PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

    COMES NOW, Plaintiff, JERRY HARTRIM, by and through his attorney of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and hereby requests that the Court remove

///

///

///

///

from the list of counsel to be noticed, John C. Funk, Esq. as he is no longer employed with Potter Law Offices.

DATED this 27th day of September, 2012.

                POTTER LAW OFFICES

                By   /s/ Cal J. Potter, III, Esq.
                CAL J POTTER, III, ESQ.
                Nevada Bar No. 1988
                1125 Shadow Lane
                Las Vegas, NV   89102
                *Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated this 28th day of September, 2012.

                _____
                Peggy A. Leen
                United States Magistrate Judge