**KOLESAR & LEATHAM**
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
400 S. Rampart, Suite 400
Las Vegas, Nevada 89145
(702) 362-7800

*Attorneys for Defendant California Hotel and Casino, a Nevada Corporation d/b/a Sam's Town Hotel, Gambling Hall and Bowling Center Erroneously Identified as Boyd Gaming Corporation d/b/a Sam's Town Hotel and Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY HARTRIM,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; OFFICER FERRANTE, p#13331, individually and in his official capacity as a police officer employed by the Las Vegas Metropolitan Police Department; OFFICER DELARIO, p#13338, individually and in his official capacity as a police officer employed by the Las Vegas Metropolitan Police Department; DOES OFFICERS I-XX, each individually and in their official capacities as police officers employed by the Las Vegas Metropolitan police Department; BOYD GAMING CORPORATION d/b/a SAM'S TOWN HOTEL AND CASINO; DOES SECURITY OFFICERS I-XX, and JOHN DOE I-XX, inclusive,<br><br>        Defendants. | CASE NO.:   2:11-cv-00003-MMD-PAL<br><br>STIPULATION AND ORDER OF DISMISSAL OF BOYD GAMING CORPORATION AND CALIFORNIA HOTEL AND CASINO D/B/A SAM'S TOWN WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, CAL J. POTTER, III, ESQ. of POTTER LAW OFFICES on behalf of the Plaintiff, JERRY HARTRIM and SALVATORE C. GUGINO, ESQ., of KOLESAR & LEATHAM on behalf of Defendant, CALIFORNIA HOTEL AND CASINO, a Nevada corporation, dba SAM'S TOWN HOTEL, GAMBLING HALL and BOWLING CENTER

(erroneously identified as Boyd Gaming Corporation d/b/a Sam's Town Hotel and Casino); that each and every claim, counterclaim, cross-claim and third-party claim in this matter, be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 23rd day of August, 2013.                              DATED this 23rd day of August, 2013.

**KOLESAR & LEATHAM**                                              **POTTER LAW OFFICES**


By: /s/ Salvatore C. Gugino                                        By: Cal J. Potter, III
     **SALVATORE C. GUGINO, ESQ.**                                      **CAL J. POTTER, III, ESQ.**
     Nevada Bar No. 002268                                              Nevada Bar No. 1988
     400 S. Rampart, Ste. 400                                           1125 Shadow Lane
     Las Vegas, Nevada 89145                                            Las Vegas, NV 89102
     (702) 362-7800                                                     (702) 385-1954
     *Attorneys for Defendant*                                          *Attorneys for Plaintiff*
     *Sam's Town Hotel, Gambling Hall*                                  *JERRY HARTRIM*
     *And Bowling Center*

### ORDER

IT IS HEREBY ORDERED THAT, pursuant to the Stipulation between Plaintiff JERRY HARTIM and Defendant CALIFORNIA HOTEL AND CASINO D/B/A SAM'S TOWN HOTEL, GAMBLING HALL and BOWLING CENTER, each and every claim, counterclaim, cross-claim and third-party claim of the parties herein, is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this  26th  day of  August  2013.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Submitted by:

KOLESAR & LEATHAM


By: /s/ Salvatore C. Gugino
     **SALVATORE C. GUGINO, ESQ.**
     Nevada Bar No. 2268
     400 S. Rampart, Ste. 400
     Las Vegas, Nevada 89145
     Attorneys for Defendant

- 2 -