UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY HARTRIM, | Case No. 2:11-cv-00003-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Defendants Boyd Gaming and California Hotel and Casino were dismissed August 17, 2013.  See Stipulation Dkt # 51 and Order Dkt # 52.  Defendants Las Vegas Metropolitan Police Department, and Officers Ferrante and DeLario appealed the district judge's order denying in part their Motion for Summary Judgment (Dkt. #29).   The case was closed while on appeal to the Ninth Circuit. The Court of Appeals affirmed Judge Du's order on May 19, 2015. The Order on Mandate (Dkt #59) was entered May 26, 2015.  Plaintiff's claims against officers Ferrante and DeLaria remain to be tried.

**IT IS ORDERED** that

1.    Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **June 26, 2015.**

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 2nd day of June, 2015.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE