**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsímile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Ofc. Ferrante and Ofc. DeLaria

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY HARTRIM,<br><br>                              Plaintiff,<br><br>     vs.<br><br>OFFICER FERRANTE, P#13331, individually and in his official capacity as a police officer employed by the Las Vegas Metropolitan Police Department; OFFICER DELARIA, P#13338, individually and in his official capacity as a police officer employed by the Las Vegas Metropolitan Police Department; DOES OFFICERS I-XX, each individually and in their official capacities as police officers employed by the Las Vegas Metropolitan Police Department; DOES SECURITY OFFICERS I-XX, and JOHN DOE I-XX, inclusive,<br><br>                              Defendants. | Case No:     2:11-cv-00003-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Plaintiff Jerry Hartrim, by and through his attorney of record Cal J. Potter, III, Esq., of Potter Law Offices and Defendants Officer James Ferrante and Officer David DeLaria, by and through their counsel, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, that all parties are dismissed with prejudice in the above-referenced matter; and

   / / /
   / / /
   / / /
   / / /

MAC:05166-495 2739980_1

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

| | |
|---|---|
| Dated this 14th day of March, 2016. | Dated this 14th day of March, 2016. |
| MARQUIS AURBACH COFFING | POTTER LAW OFFICES |
| By:   s/Craig R. Anderson<br>   Craig R. Anderson, Esq.<br>   Nevada Bar No. 6882<br>   10001 Park Run Drive<br>   Las Vegas, Nevada  89145<br>   Attorneys for Defendants | By:   s/Cal J. Potter, III<br>   Cal J. Potter, III, Esq.<br>   Nevada Bar No. 1988<br>   1125 Shadow Lane<br>   Las Vegas, Nevada 89102<br>   Attorney for Plaintiff |

**<u>ORDER</u>**

IT IS SO ORDERED this 14th day of March, 2016, that Case No: 2:11-cv-00003-MMD-PAL, is hereby dismissed with prejudice with all parties bearing their own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

MAC:05166-495 2739980_1